IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BONNIE SEAY,

    Plaintiff,

v.                                       Civil No. 3:16cv862—HEH

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## FINAL ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge ("R&R") entered on February 5, 2018 (ECF No. 18). The time to file objections has expired, and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 18) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 13) and Motion to Remand (ECF No. 14) are DENIED.

(3) Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.

(4) The final decision of the Commissioner is hereby AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

                                                  /s/
                                     Henry E. Hudson
                                     United States District Judge

Richmond, Virginia
Date: Feb 22, 2018